# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

FILED
SEP 1 3 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**Bo MacLeod Barnes**

vs.    Case Number: **05-1199**

**Baker, Miller, Markoff & Krasyy LLC, and
Arlington, Kaufman, McClintock, Steel & Barry Ltd.**

**DECISION BY THE COURT.** This action came before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiff's Petition to Proceed In Forma Pauperis is DENIED. This matter is TERMINATED.

ENTER this 13th day of September, 2005.

s/ John M. Waters
JOHN M. WATERS, CLERK

s/ T. Kelch
BY: DEPUTY CLERK