E-FILED
Monday, 17 October, 2005 12:13:39 PM
Clerk, U.S. District Court, ILCD

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE CENTRAL DISTRICT OF ILLINOIS

FILED
OCT 17 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| Bo MacLeod Barnes, an individual, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL No.1:05-cv-01199-MMM-JAG |
| ) | |
| Baker, Miller, Markoff & Krasyy ) | |
| and ) | |
| Arlington, Kaufman, McClintock, Steel & ) | |
| Barry Ltd. ) | |
| Defendants. ) | |

Bo MacLeod Barnes, a pro se litigant, moves this court for vacation of this court's 09/13/2005 judgment entered in favor of defendants – The court misapprehended the fact that Bo MacLeod Barnes paid the required filing fee. It is also true that the court breached the court's duty found at common law including United States Supreme Court to inform the pro se litigant of deficiencies in pleadings in order that the pro se litigant can repair their pleadings rather than dismiss the petition out of hand

Brief in support

The court errs if the court dismisses the pro se litigant's complaint without informing the pro se litigant of how to cure defects in pleadings. See *Platsky v. C.I.A.* 953 F.2d. 25. See also, *Haines v Kerner*, 404 U.S. 519.

Inquiry to the court

The plaintiff's method of styling complaint including identifying the court in CIVIL No.1:05-cv-01199 was sufficient.

Agree ____

Disagree ____ Authority

_____

The plaintiff's preamble identifying the cause of action in CIVIL No.1:05-cv-01199 was sufficient.

Agree ____

1

Disagree ____ Authority

---

The plaintiff's reference to personal jurisdiction in CIVIL No.1:05-cv-01199 was sufficient.

Agree ____

Disagree ____ Authority

---

The plaintiff's reference to subject matter jurisdiction in CIVIL No.1:05-cv-01199 was sufficient.

Agree ____

Disagree ____ Authority

---

The plaintiff's reference to venue in CIVIL No.1:05-cv-01199 was sufficient.

Agree ____

Disagree ____ Authority

---

The plaintiff's theory of the case in CIVIL No.1:05-cv-01199 was sufficient inform the court of the nature and cause of action.

Agree ____

Disagree ____ Authority

---

The plaintiff's articulation of predicate acts in CIVIL No.1:05-cv-01199 must be presumed true.

Agree ____

Disagree ____ Authority

---

The plaintiff's affidavit in support in CIVIL No.1:05-cv-01199 was sufficient place facts before the court.

Agree ____

Disagree ____ Authority

---

The plaintiff's remedy sought was sufficient to state a claim under 18 U.S.C. § 1964(a) & (c).

Agree _____

Disagree _____, Authority

_____

Prepared and submitted by: _____  14 Oct 2005
                           Bo MacLeod Barnes