05-1199

FILED
NOV 17 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Dear Sirs,

I received your letter 12 NOV 2005.

Please find enclosed a copy of the letter you sent me telling me you can not except personal checks.

I then send a money order dated 1 Sept. 2005 for this case.

Thank you,

Bo Barnes

```
MIME-Version:1.0
From:ECF_Returns
To:ECF_Notices
Bcc:Chambers.Gorman@ilcd.uscourts.gov,Chambers.Mihm@ilcd.uscourts.gov
Message-Id:<236222>
Subject:Activity in Case 1:05-cv-01199-MMM-JAG Barnes v. Baker, Miller, Markoff & Kr
```

Content-Type: text/html

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

### U.S. District Court

### Central District of Illinois

Notice of Electronic Filing

The following transaction was received from SPH, ilcd entered on 11/7/2005 at 5:49 PM CST and filed on 11/7/2005

**Case Name:**        Barnes v. Baker, Miller, Markoff & Krasyy LLC et al
**Case Number:**    1:05-cv-1199
**Filer:**
**WARNING: CASE CLOSED on 09/13/2005**
**Document Number:**

**Docket Text:**
TEXT ONLY ORDER denying Motion for Reconsideration [#3] because Plaintiff's Motion is largely an effort to get the Court to address the allegations of his Complaint. Plaintiff's only allegation that is appropriate for a Motion for Reconsideration of an Order denying a Petition to Proceed In Forma Pauperis is the allegation that Plaintiff has already paid the required filing fee. However, a review of the record does not indicate that the filing fee has been paid. Accordingly, the Motion for Reconsideration is denied. In the event that Plaintiff can prove that he did, in fact, pay the filing fee in a timely manner, the Court would be willing to consider a motion to reopen the case. Entered by Judge Michael M. Mihm on 11/7/05. (SPH, ilcd)

The following document(s) are associated with this transaction:

**1:05-cv-1199 Notice will be electronically mailed to:**

**1:05-cv-1199 Notice will be delivered by other means to:**

Bo MacLeod Barnes
207 Luce St
Dalzell, IL 61320

*[handwritten: Received 12 Nov 2005]*
*[handwritten signature — 13 July 2005]*



## UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS
OFFICE OF THE CLERK
309 U.S. COURTHOUSE
100 N.E. MONROE STREET
PEORIA, ILLINOIS 61602

JOHN M. WATERS
CLERK OF COURT

TEL: 309.671.7117
FAX: 309.671.7120

August 18, 2005

*FOR THIS CASE THE NAME SHOULD BO BARNES*

Lorry or Elsa Barnes
207 Luce Street
Dalzell, IL 61320

RE: Barnes v. Baker, Miller, Markoff & Krasny, et al

To whom it may concern:

Please find enclosed your check number 8491 in the amount of $250.00 for payment of new case filing fee. The Clerk's Office **cannot** accept personal checks for payment. In order for payment to be applied, please submit a money order or a cashiers check in the amount of $250.00 made payable to Clerk, U.S. District Court.

If you should have any questions, please contact our office at the above phone number or address.

Sincerely,

JOHN M. WATERS, CLERK
U.S. DISTRICT COURT

BY: _____
DEPUTY CLERK

Enclosure(s)
JMW/cad



AO 240 (Rev. 9/96)

# United States District Court

**FILED JUL 1 3 2005**
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

DISTRICT OF _____

Plaintiff

V.

Defendant

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: 05-1199

1. Bo MacLeod Barnes _____ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☐ Yes    ☒ No    (If "No" go to Part 2)

   If "Yes" state the place of your incarceration _____

   Are you employed at the institution? ____ Do you receive any payment from the institution? ____

   Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?    ☒ Yes    ☐ No

   a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer. ENKAS CORP. Rt 251 N PERU, IL 61354
   28,000.00

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have your received any money from any of the following sources?

   a. Business, profession or other self-employment    ☐ Yes    ☒ No
   b. Rent payments, interest or dividends              ☒ Yes    ☐ No
   c. Pensions, annuities or life insurance payments   ☐ Yes    ☒ No
   d. Disability or workers compensation payments       ☐ Yes    ☒ No
   e. Gifts or inheritances                             ☒ Yes    ☐ No
   f. Any other sources                                 ☐ Yes    ☒ No

   If the answer to any of the above is "Yes" describe each source of money and state the amount received **and** what you expect you will continue to receive.



**PERSONAL MONEY ORDER**

136757

September 1, 2005

NOT NEGOTIABLE

***$250.00

SAVE FOR YOUR RECORDS

**CUSTOMER RECEIPT**

REMITTER

PAYEE   U.S. District Court

05-1199

9/1/2005   4:50:42PM

KEEP THIS COPY FOR YOUR RECEIPT IN CASE YOUR MONEY ORDER NEEDS TO BE REPLACED

Citizens FIRST NATIONAL BANK
606 SOUTH MAIN ST.
PRINCETON, IL 61356-2080

The customer procuring the Personal Money Order form, corresponding in number and amount to that shown hereon, agrees to insert hereon in ink, the date, payee, his/her signature and address and assumes responsibility for all events made possible by his/her failure to do so.