E-FILED
Monday, 12 December, 2005  12:27:44 PM
Clerk, U.S. District Court, ILCD

TO THE COURT

FILED
DEC 1 2 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

I WANT THE COURT TO REFUND MY 250.

I WILL FILE A NEW CASE.

BO BARNES & LORRY BARNES ARE THE SAME PERSON.

THANK YOU

BO BARNES

THIS 250 MONEY ORDER WAS FOR CASE # 1:05-CV-1199

BARNES V. BAKER, MILLER, MACKLER & KRASNY

**Multi-Action Order**
1:05-cv-01199-MMM-JAG Barnes v. Baker, Miller, Markoff & Krasyy LLC et al **CASE CLOSED on 09/13/2005**

**U.S. District Court**

**Central District of Illinois**

Notice of Electronic Filing

The following transaction was received from HK, ilcd entered on 11/28/2005 at 3:29 PM CST and filed on 11/28/2005
**Case Name:**        Barnes v. Baker, Miller, Markoff & Krasyy LLC et al
**Case Number:**      1:05-cv-1199
**Filer:**
**WARNING: CASE CLOSED on 09/13/2005**
**Document Number:**

**Docket Text:**
TEXT ORDER: There is no way to determine from the Court's file in these two cases whether the filing fee submitted by money order #136757 was intended for payment of the filing fee in case 05-1199 or in 05-1229. Plaintiff in each case (which the Court believes to be the same person, despite the different first name) is hereby directed to advise the Court within 14 days of this date in which case the money order should have been docketed. In addition, plaintiff is hereby directed to submit within 14 days of this date the filing fee in the other of these two cases. Finally, Plaintiff is directed to inform the Court whether Bo MacLeod Barnes and Lorry Barnes are in fact the same person. Miscellaneous Deadline of 12/12/2005 set. Entered by Judge John A. Gorman on 11/28/05. (HK, ilcd)

The following document(s) are associated with this transaction:

**1:05-cv-1199 Notice will be electronically mailed to:**

**1:05-cv-1199 Notice will be delivered by other means to:**

Bo MacLeod Barnes
207 Luce St
Dalzell, IL 61320

*Yes Bo Barnes + Lorry Barnes are the same person. Lorry is on my drivers license.*

*Received 30 NOV 2005*

*Bo is my nick name*

https://ecf.ilcd.circ7.dcn/cgi-bin/Dispatch.pl?525829748266049                11/28/2005

# Multi-Action Order

1:05-cv-01199-MMM-JAG Barnes v. Baker, Miller, Markoff & Krasyy LLC et al **CASE CLOSED on 09/13/2005**

## U.S. District Court

### Central District of Illinois

Notice of Electronic Filing

The following transaction was received from HK, ilcd entered on 11/28/2005 at 4:05 PM CST and filed on 11/28/2005

**Case Name:** Barnes v. Baker, Miller, Markoff & Krasyy LLC et al
**Case Number:** 1:05-cv-1199
**Filer:**
**WARNING: CASE CLOSED on 09/13/2005**
**Document Number:**

**Docket Text:**
TEXT ORDER: On 7/7/5 an order was entered directing Plaintiff to "inform the Court of the basis of his lawsuit and exactly what he is seeking from the Defendants." He failed to respond in any way, and this case was therefore dismissed. Plaintff then filed a motion to reconsider. In addition to raising issues about the payment of the filing fee (which is the subject of another order entered today), his motion to reconsider attempted but dismally failed to meet the court's requirement of an explanation. The motion merely lists a number of his contentions and asks whether the court agrees or disagrees. There is no effort made to comply with the earlier order. Accordingly, Plaintiff is ordered to file within 14 days a brief, cogent explanation of the legal basis for his lawsuit and for the remedy being sought. Upon receipt of that document and resolution of the issue regarding filing fees, the Court will determine whether this case should be re-opened. Miscellaneous Deadline of 12/12/2005 set. Entered by Judge John A. Gorman on 11/28/05. (HK, ilcd)

The following document(s) are associated with this transaction:

**1:05-cv-1199 Notice will be electronically mailed to:**

**1:05-cv-1199 Notice will be delivered by other means to:**

Bo MacLeod Barnes
207 Luce St
Dalzell, IL 61320

**PERSONAL MONEY ORDER**

136757

**Citizens**
FIRST NATIONAL BANK
606 SOUTH MAIN ST
PRINCETON, IL 61356-2080

**CUSTOMER RECEIPT**

REMITTER

PAYEE  U.S. District Court

05-1199

September 1, 2005

NOT NEGOTIABLE

***$250.00

9/1/2005    4:50:42PM

SAVE FOR YOUR RECORDS

**KEEP THIS COPY FOR YOUR RECEIPT IN CASE YOUR MONEY ORDER NEEDS TO BE REPLACED**

The customer procuring the Personal Money Order form, corresponding in number and amount to that shown hereon, agrees to insert hereon in ink, the date, payee, his/her signature and address and assumes responsibility for all events made possible by his/her failure to do so.

```
MIME-Version:1.0
From:ECF_Returns
To:ECF_Notices
Bcc:Chambers.Gorman@ilcd.uscourts.gov,Chambers.Mihm@ilcd.uscourts.gov
Message-Id:<236222>
Subject:Activity in Case 1:05-cv-01199-MMM-JAG Barnes v. Baker, Miller, Markoff & Kr
```

Content-Type: text/html

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

## U.S. District Court

## Central District of Illinois

Notice of Electronic Filing

The following transaction was received from SPH, ilcd entered on 11/7/2005 at 5:49 PM CST and filed on 11/7/2005

**Case Name:** Barnes v. Baker, Miller, Markoff & Krasyy LLC et al
**Case Number:** 1:05-cv-1199
**Filer:**
**WARNING: CASE CLOSED on 09/13/2005**
**Document Number:**

**Docket Text:**
TEXT ONLY ORDER denying Motion for Reconsideration [#3] because Plaintiff's Motion is largely an effort to get the Court to address the allegations of his Complaint. Plaintiff's only allegation that is appropriate for a Motion for Reconsideration of an Order denying a Petition to Proceed In Forma Pauperis is the allegation that Plaintiff has already paid the required filing fee. However, a review of the record does not indicate that the filing fee has been paid. Accordingly, the Motion for Reconsideration is denied. In the event that Plaintiff can prove that he did, in fact, pay the filing fee in a timely manner, the Court would be willing to consider a motion to reopen the case. Entered by Judge Michael M. Mihm on 11/7/05. (SPH, ilcd)

The following document(s) are associated with this transaction:

**1:05-cv-1199 Notice will be electronically mailed to:**

**1:05-cv-1199 Notice will be delivered by other means to:**

Bo MacLeod Barnes
207 Luce St
Dalzell, IL 61320

*Received 12 Nov 2005*
*[signature] — 13 July 2005*

https://ecf.ilcd.circ7.dcn/cgi-bin/DisplayReceipt.pl?735376383451422-L_339_0-1    11/9/2005



# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### OFFICE OF THE CLERK
309 U.S. COURTHOUSE
100 N.E. MONROE STREET
PEORIA, ILLINOIS 61602

JOHN M. WATERS
CLERK OF COURT

TEL: 309.671.7117
FAX: 309.671.7120

August 18, 2005

~~Eugene Elias Barnes~~nes
207 Luce Street
Dalzell, IL 61320

*[handwritten: FOR THIS CASE THE NAME SHOULD BO BARNES]*

RE: Barnes v. Baker, Miller, Markoff & Krasny, et al

To whom it may concern:

Please find enclosed your check number 8491 in the amount of $250.00 for payment of new case filing fee. The Clerk's Office **cannot** accept personal checks for payment. In order for payment to be applied, please submit a money order or a cashiers check in the amount of $250.00 made payable to Clerk, U.S. District Court.

If you should have any questions, please contact our office at the above phone number or address.

Sincerely,

JOHN M. WATERS, CLERK
U.S. DISTRICT COURT

BY: _____
DEPUTY CLERK

Enclosure(s)
JMW/cad